# EXHIBIT "A"

State Court of Fulton County
**E-FILED**
24EV007210
8/15/2024 10:08 AM
Donald Talley, Clerk
Civil Division

GEORGIA, FULTON COUNTY

DO NOT WRITE IN THIS SPACE

**STATE COURT OF FULTON COUNTY**
**Civil Division**

**CIVIL ACTION FILE #:** ____________________

TANISHA HAYES

Plaintiff's Name, Address, City, State, Zip Code

vs.

DOLLAR TREE STORES, INC and
A-Z

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $________ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $________ |
| [ ] TORT | |
| [X] PERSONAL INJURY | ATTY. FEES $________ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $________ |
| [ ] SPECIAL LIEN | |

************

[X] NEW FILING
[ ] RE-FILING: PREVIOUS CASE NO.____________

## SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: MUHAMMAD ABDULLAH, ESQ / THE TAYLOR LAW FIRM

Address: 253 WASHINGTON AVENUE NE

City, State, Zip Code: MARIETTA, GEORGIA 30060 Phone No.: (404) 937-3348

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED,** via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center at 185 Central Ave., S.W., Ground Floor, Room TG300, Atlanta, GA 30303.

Donald Talley, Chief Clerk (electronic signature)

***SERVICE INFORMATION:***

Served, this ______ day of ________________, 20_____.

____________________________
DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:

We, the jury, find for ____________________________________________

____________________________________________

This _______ day of ________________, 20_____. ____________________________ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

State Court of Fulton County
**E-FILED**
24EV007210
8/15/2024 10:08 AM
Donald Talley, Clerk
Civil Division

IN THE STATE COURT OF
FULTON COUNTY GEORGIA

| | |
|---|---|
| TANISHA HAYES,<br><br>Plaintiff,<br><br>vs.<br>DOLLAR TREE STORES, INC., a foreign corporation doing business in Georgia; ABC, being the person, firm or corporation which owned, operated, or controlled the premises located at 906 Ralph David Abernathy, Atlanta, GA 30310; DEF, being the person, firm, or corporation who was responsible for maintaining and keeping the floors of DOLLAR TREE STORES, INC., located 906 Ralph David Abernathy, Atlanta, GA 30310 clean on or about September 20, 2023, at the time of the Plaintiff's injury; and G-Z, being the individual manager or supervisory person at the DOLLAR TREE STORES INC., located at 906 Ralph David Abernathy, Atlanta, GA 30310 on or about September 20, 2023, who was responsible for maintaining and keeping the premises clean and free of dangerous conditions at the time of the Plaintiff's injury, whose true names and legal status are unknown to the Plaintiff at this time, but who will be added by amendment as soon as ascertained,<br><br>Defendants. | Civil Action No.:<br><br>JURY DEMAND |

**COMPLAINT**

**COMES NOW** Plaintiff Tanisha Hayes, by and through her undersigned counsel of record, and hereby files this civil action for negligence, wantonness, against Defendant Dollar Tree Stores Inc., and fictitious defendants A-2 for injuries she sustained in connection with a slip and fall incident that occurred on September 20, 2023.

## I. PARTIES

1. The Plaintiff, Tanisha Hayes, is an adult individual resident of Fulton County, Georgia.

2. The Defendant, Dollar Tree Stores, Inc., (hereinafter referred to as "Dollar Tree"), is a foreign corporation which regularly does business in Fulton County, Georgia.

3. The incident which forms the basis of this case occurred in the Dollar Tree Store located at 906 Ralph David Abernathy Boulevard, Atlanta, Georgia 30310.

4. It is upon the information and belief of the Plaintiff that the fictitious Defendants, ABC, DEF, and G-Z are individual citizens and/or corporate entities doing business in the State of Georgia.

## II. FACTS

5. On or about September 20, 2023, the Plaintiff, Tanisha Hayes, was a business invitee on the premises of Defendant Dollar Tree Stores, Inc., located at 906 Ralph David Abernathy Boulevard, Atlanta, Georgia 30310. As she was walking down one of the Defendant's aisles, in the presence of the store's management, the Plaintiff slipped some bleach that was on the floor. As a direct and proximate result, she was caused to sustain severe and permanent injuries to her head, neck, back, left hip and body.

## III. FIRST CAUSE OF ACTION - NEGLIGENCE/WANTONNESS
## (DOLLAR TREE STORE, INC., and ABC)

6. Plaintiff re-alleges and incorporates herein by reference each and every allegation set forth above.

7. The Plaintiff avers that all of her injuries and damages were proximately caused by the negligence and/or wantonness of the Defendant Dollar Tree, and/or Defendant ABC

and/or their agents, servants, or employees while acting within the line and scope of their employment for the Defendants.

8. At the time of the incident, which is the subject of this action, Plaintiff Tanisha Hayes was a business invitee on the premises of Defendant Dollar Tree. All of her injuries and damages were caused by the negligent and/or wanton failure of the Defendant Dollar Tree, and/or Defendant ABC to use reasonable care to provide her with a reasonably safe environment.

## IV. SECOND CAUSE OF ACTION - NEGLIGENCE/WANTONNESS
**(Defendant DEF)**

9. Plaintiff re-alleges and incorporates herein by reference each and every allegation set forth above.

10. The Plaintiff avers that all of her injuries and damages were proximately caused by the negligence and/or wantonness of the Defendant, DEF, and its agents, servants, or employees while acting within the line and scope of their employment for the Defendant, DEF.

11. At the time of the incident, which is the subject of this action, Plaintiff Tanisha Hayes was a business invitee on the premises of Defendant Dollar Tree. All of her injuries and damages were caused by the negligent and/or wanton failure of the Defendant, DEF, to use reasonable care to provide her with a reasonably safe environment.

## V. THIRD CAUSE OF ACTION - NEGLIGENCE/WANTONNESS
**(Defendants G-Z)**

12. Plaintiff re-alleges and incorporates herein by reference each and every allegation set forth above.

13. The Plaintiff avers that all of her injuries and damages were proximately caused by the negligence and/or wantonness of the Defendant, GHI, and its agents, servants, or employees while acting within the line and scope of their employment for the Defendant, DEF.

14. At the time of the incident, which is the subject of this action, Plaintiff Tanisha Hayes was a business invitee on the premises of Defendant Dollar Tree. All of her injuries and damages were caused by the negligent and/or wanton failure of the Defendant, DEF, to use reasonable care to provide her with a reasonably safe environment.

15. Plaintiff re-alleges and incorporates herein by reference each and every allegation set forth above.

16. The Plaintiff avers that the Defendants knew that the incident made the basis of this lawsuit it occurred on their premises, that a customer (business invitee) had injured its shoulder, arm, neck and back and on the Defendant's premises, and that the Plaintiff sustained injuries. However, the Defendant failed, whether negligently or willfully, to preserve the surveillance video depicting the subject incident.

17. The Defendant's inexcusable failure to preserve video evidence constitutes "spoliation of evidence" under Georgia law, which is an attempt to suppress and/or destroy material evidence that would have been favorable to their adversary. In this case, the video evidence would have been favorable to the Plaintiff, however, the Defendant either ordered or allowed said evidence to be destroyed.

## VIII. CAUSATION / DAMAGES

As a direct and proximate result of the negligent and wanton acts or omissions of the Defendant(s), the Plaintiff suffered physically and emotionally, and now seeks to recover for the following injuries and damages for an amount that will not exceed the Courts jurisdictional limits:

(a) Past medical expenses.

(b) Future medical expenses;

(c) Past and future wage loss including permanent impairment of earning capacity;

(d) Permanent physical disability;

(e) Past and future physical pain and mental anguish; and

(f) All costs and interest(s) allowable by law

(g) All other damages allowed by law, and/or deemed appropriate and equitable by this Honorable Court.

Respectfully submitted,

/s/ *Muhammad Abdullah*
Muhammad Abdullah, Esq.
Georgia Bar No. 783292
Aura Taylor, Esq.
Georgia Bar No. 405888
Counsel for Plaintiff

THE TAYLOR LAW FIRM
253 Washington Avenue NE
Marietta, Georgia 30060
(404) 937-3348 telephone
(770) 727-0179 facsimile
aura@tlfinjury.com
muhammad@tlfinjury.com

**PLEASE SERVE DEFENDANTS BY CERTIFIED MAIL**

DOLLAR TREE STORES, INC
c/o Corporate Service Company, Inc.
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

State Court of Fulton County
**E-FILED**
24EV007210
8/22/2024 3:00 PM
Donald Talley, Clerk
Civil Division

# AFFIDAVIT OF SERVICE

**State of Georgia** **County of Fulton** **State Court**

Case Number: 24EV007210

Plaintiff: **Tanisha Hayes**
vs.
Defendant: **Dollar Tree Store, Inc. et al.**

For:
Muhammad Abdullah
The Taylor Law Firm
253 Washington Ave NE
Marietta, GA 30060

Received by Ancillary Legal Corporation on the 19th day of August, 2024 at 5:03 pm to be served on **Dollar Tree Stores, Inc. c/o Corporation Service Company - Registered Agent, 2 Sun Court, Suite 400, Peachtree Corners, GA 30092**.

I, Christopher Todd Horton, being duly sworn, depose and say that on the **20th day of August, 2024** at **12:52 pm, I:**

served **Dollar Tree Stores, Inc. c/o Corporation Service Company - Registered Agent** by delivering a true copy of the **Summons, Complaint, Plaintiff's First Set of Interrogatories to Defendant, Plaintiff's Request for Production to Defendant** to: Corporation Service Company as **Registered Agent, BY LEAVING THE SAME WITH** Alisha Smith as **Authorized to Accept** at the address of: **2 Sun Court, Suite 400, Peachtree Corners, GA 30092**.

**Additional Information pertaining to this Service:**
8/20/2024 12:52 pm Perfected corporate service at 2 Sun Court Suite 400, Peachtree Corners, GA 30092, by serving Alisha Smith, CSC Coordinator.

Black female,
black hair,
40-45 years old ,
5'8", 150 lbs, no glasses.

I am an agent of Ancillary Legal Corporation and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true.I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age and am authorized to serve process.

Subscribed and Sworn to before me on the 21st day of August, 2024 by the affiant who is personally known to me.

NOTARY PUBLIC

Patrick F White
NOTARY PUBLIC
DEKALB COUNTY, GEORGIA
My Commission Expires 12/26/2027

**Christopher Todd Horton**
Process Server

**Ancillary Legal Corporation**
**2900 Chamblee Tucker Road**
**Building 13**
**Atlanta, GA 30341**
**(404) 459-8006**

Our Job Serial Number: ANC-2024011899
Ref: Hayes

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a